# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Padova, John R. | U.S. District Court, Eastern District of Pennsylvania | 05/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2019<br>**to**<br>12/31/2019 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board | Regina Academics |
| 2. | Board of Trustees | Chestnut Hill Hospital |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | New York Intellectual Property Lawyers Association | March 22-23, 2019 | New York, NY | Annual Judiciary Dinner | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 05/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Holdings (H) | | | | | | | | | |
| 2. PNC BANK (cash) | B | Interest | L | T | | | | | |
| 3. Citizens Bank (cash) | A | Interest | J | T | | | | | |
| 4. USAA Bank (cash) | A | Interest | K | T | | | | | |
| 5. Boston Capital 17 | A | Distribution | | | Sold | 12/31/19 | J | A | |
| 6. Exelon (EXC) | A | Dividend | K | T | | | | | |
| 7. Boston Cap SER 15 | A | Distribution | J | U | | | | | |
| 8. Vanguard Bond Market | C | Dividend | M | T | Sold (part) | 12/23/19 | J | A | |
| 9. Vanguard 500 INDEX | D | Dividend | O | T | Sold (part) | 12/23/19 | K | E | |
| 10. Account #1 (H) | | | | | | | | | |
| 11. AllianceBernstein Multi Manager Alt Fnd (AB15670) | | None | M | T | | | | | |
| 12. Account #2 (H) | | | | | | | | | |
| 13. Bernstein Div. Mun (SNDPX) | B | Dividend | M | T | | | | | |
| 14. AB Discovery Value (ABYSK) | A | Dividend | J | T | | | | | |
| 15. AB Discovery Growth (CHCYX) | A | Dividend | J | T | | | | | |
| 16. AB Small Cap Core Portfolio (SCRYX) | A | Dividend | J | T | | | | | |
| 17. Adobe Systems Inc (ADBE) (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Alphabet Inc-Cl C (GOOG) | | None | J | T | | | | | |
| 19. Altria Group Inc (MO) (Y) | | | | | | | | | |
| 20. American Electric Power (AEP) | A | Dividend | J | T | | | | | |
| 21. Anthem Inc (ANTM) | A | Dividend | J | T | | | | | |
| 22. Apple (AAPL) | A | Dividend | J | T | | | | | |
| 23. Automatic Data Processing Inc (ADP) | A | Dividend | J | T | Buy | 01/25/19 | J | | |
| 24. Autozone Inc (AZO) | | None | J | T | | | | | |
| 25. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 26. Berkshire Hathaway Inc (BRK.A) | | None | J | T | Buy | 09/25/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 28. Biogen (BIIB) (Y) | | | | | | | | | |
| 29. Boeing Co/The (BA) | A | Dividend | J | T | | | | | |
| 30. Booking Holdings Inc (BKNG) | | None | J | T | | | | | |
| 31. Broadcom Inc (AVGO) | | None | J | T | Buy | 05/16/19 | J | | |
| 32. CBRE Group Inc (CBRE) | | None | J | T | | | | | |
| 33. CDW Corp/DE (CDW) | A | Dividend | J | T | | | | | |
| 34. Chevron Corp (CVX) | A | Dividend | J | T | Sold<br>(part) | 09/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Cisco Systems (CSCO) | A | Dividend | J | T | | | | | |
| 36. Citigroup Inc (C) (X) | A | Dividend | J | T | | | | | |
| 37. Cognizant Tech Solution (CTSH) (Y) | | | | | | | | | |
| 38. Comcast (CMCSA) | A | Dividend | J | T | | | | | |
| 39. Constellation Brands Inc A (STZ) (Y) | | | | | | | | | |
| 40. Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 41. CubeSmart (CUBE) (Y) | | | | | | | | | |
| 42. Delta Airlines Inc (DAL) | A | Dividend | J | T | | | | | |
| 43. Dollar General Corp (DG) | A | Dividend | | | Sold | 09/13/19 | J | | |
| 44. Edwards Lifesciences (EW) | | None | J | T | | | | | |
| 45. Electronic Arts (EA) (X) | | None | J | T | | | | | |
| 46. Eli Lilly (LLY) (X) | | None | | | Sold | 11/15/19 | J | | |
| 47. EOG Resources Inc (EOG) | A | Dividend | J | T | | | | | |
| 48. Everest Re Group Ltd (RE) | A | Dividend | J | T | | | | | |
| 49. Exxon Mobil Corp (XOM) | A | Dividend | | | Sold | 05/14/19 | J | | |
| 50. Facebook Inc-A (FB) | | None | J | T | | | | | |
| 51. Fidelity National Information (FIS) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. FNF Group (FNF) | A | Dividend | J | T | | | | | |
| 53. Gilead Sciences (GILD) | A | Dividend | J | T | | | | | |
| 54. Goldman Sachs Group Inc (GS) | A | Dividend | J | T | | | | | |
| 55. Home Depot (HD) | A | Dividend | J | T | | | | | |
| 56. Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 57. HP Inc (HPQ) (X) | A | Dividend | J | T | | | | | |
| 58. Intel Corp (INTC) (Y) | | | | | | | | | |
| 59. Intuitive Surgical Inc (ISRG) (Y) | | | | | | | | | |
| 60. JP Morgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 61. LyondellBasell Industries (LYB) (X) | | None | | | Sold | 02/13/19 | J | | |
| 62. L3 Technologies, Inc (LLL) (Y) | | | | | | | | | |
| 63. Magna International Inc (MGA) | A | Dividend | J | T | | | | | |
| 64. Marathon Petroleum Corp (MPC) | A | Dividend | J | T | | | | | |
| 65. Mcdonald's Corp (MCD) (Y) | | | | | | | | | |
| 66. Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 67. Merck & Co. Inc (MRK) | A | Dividend | J | T | | | | | |
| 68. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Mid-America Apartment Comm (MAA) | A | Dividend | J | T | | | | | |
| 70. National Oil Well Varco Inc (NOV) (Y) | | | | | | | | | |
| 71. Nike Inc. - Cl B (NKE) | A | Dividend | J | T | | | | | |
| 72. Nisource Inc (NI) (Y) | | | | | | | | | |
| 73. Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 74. Northrop Grumman Corp (NSC) (Y) | | | | | | | | | |
| 75. Novo Nordisk (NVO) (X) | | None | J | T | | | | | |
| 76. Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 77. Paypal Holdings (PYPL) (X) | | None | J | T | | | | | |
| 78. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 79. Pfizer PFE (PFE) | A | Dividend | J | T | | | | | |
| 80. Phillips 66 (PSX) | | None | J | T | Buy | 09/26/19 | J | | |
| 81. Procter & Gamble (PG) (X) | A | Dividend | J | T | | | | | |
| 82. Progressive Corp (PGR) | | None | J | T | Buy | 09/26/19 | J | | |
| 83. Raytheon Company (RTN) | A | Dividend | J | T | | | | | |
| 84. Regency Centers Corp (REG) (X) | A | Dividend | J | T | | | | | |
| 85. Regeneron Pharmaceuticals (REGN) | | None | J | T | Buy | 11/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Reinsurance Group of America (RGA) | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 87. Roche Holding Ltd (RHHBY) | | None | J | T | Buy | 05/17/19 | J | | |
| 88. Ross Stores Inc (ROST) | A | Dividend | J | T | | | | | |
| 89. Royal Dutch Shell PLC-ADR (RDS.A) | A | Dividend | J | T | | | | | |
| 90. S&P Global Inc (SPGI) | A | Dividend | | | Sold | 09/25/19 | J | | |
| 91. Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 06/13/19 | J | | |
| 92. Synchrony Financial (SYF) | A | Dividend | J | T | | | | | |
| 93. T-Mobile US Inc (TMUS) (Y) | | | | | | | | | |
| 94. Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 95. TJX Companies (TJX) | A | Dividend | J | T | Buy | 09/25/19 | J | | |
| 96. Total System Services Inc (TSS) | A | Dividend | J | T | | | | | |
| 97. Ulta Beauty Inc (ULTA) (Y) | | | | | | | | | |
| 98. Unitedhealth Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 99. US Foods Holding Corp (USFD) | | None | J | T | | | | | |
| 100. Verizon Communications, Inc (VZ) | A | Dividend | J | T | | | | | |
| 101. Vertex Pharmaceuticals (VRTX) (X) | | None | J | T | | | | | |
| 102. VISA Inc (V) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   VMware Inc (VMW) | | None | J | T | Buy | 02/14/19 | J | | |
| 104.   Wal-Mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 105.   Walt Disney (DIS) | A | Dividend | J | T | | | | | |
| 106.   Wells Fargo (WFC) | A | Dividend | J | T | | | | | |
| 107.   Westlake Chemical (WLK) (X) | A | Dividend | J | T | | | | | |
| 108.   Xilinx Inc (XLNX) | A | Dividend | J | T | | | | | |
| 109.   Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |
| 110.   Bernstein Tax-Man Inter. (SNIVX) | A | Dividend | K | T | Buy<br>(add'l) | 04/17/19 | J | | |
| 111.   AB International Strategic Equities Portfolio (STEYX) | B | Dividend | L | T | Buy<br>(add'l) | 04/17/19 | J | | |
| 112.   AB International Small Cap Portfolio (IRCYX) | A | Dividend | K | T | Buy<br>(add'l) | 04/17/19 | J | | |
| 113.   Bernstein Emerging Mkts Fund (SNEMX) (X) | A | Dividend | J | T | | | | | |
| 114.   Account #3 (H) | | | | | | | | | |
| 115.   Alliance Bernstein (cash) | A | Interest | J | T | | | | | |
| 116.   Bernstein Diversified Municipal Portfolio (SNDPX) | D | Dividend | N | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 117. | | | | | Sold<br>(part) | 08/21/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 09/13/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/20/19 | K | | |
| 121. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 122. AB Discovery Value Fnd (ABYSX) | A | Dividend | J | T | | | | | |
| 123. AB Discovery Growth Fnd (CHCYX) | A | Dividend | J | T | | | | | |
| 124. AB Small Cap Core Portfolio Adv (SCRYX) | A | Dividend | J | T | | | | | |
| 125. Adobe Systems Inc (ADBE) | | None | J | T | | | | | |
| 126. Alphabet Inc-Cl C (GOOG) | | None | J | T | Buy (add'l) | 12/20/19 | J | | |
| 127. Altria Group Inc (MO) | A | Dividend | J | T | | | | | |
| 128. American Electric Power (AEP) | A | Dividend | J | T | | | | | |
| 129. Anthem Inc (ANTM) | A | Dividend | J | T | | | | | |
| 130. Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 131. Automatic Data Processing Inc (ADP) | A | Dividend | J | T | Buy | 01/25/19 | J | | |
| 132. Autozone Inc (AZO) (X) | | None | J | T | | | | | |
| 133. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 134. Berkshire Hathaway (BRK.A) | | None | J | T | Buy | 09/26/19 | J | | |
| 135. Biogen Inc (BIIB) (Y) | | | | | | | | | |
| 136. Boeing Co/The (BA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Booking Holdings Inc (BKNG) | | None | J | T | | | | | |
| 138. Broadcom Inc (AVGO) | | None | J | T | Buy | 05/16/19 | J | | |
| 139. CBRE Group Inc (CBRE) (X) | | None | J | T | | | | | |
| 140. CDW Corp/DE (CDW) | A | Dividend | J | T | | | | | |
| 141. Check Point Software (CHKP) (X) | | None | J | T | | | | | |
| 142. Chevron Corp (CVX) | A | Dividend | J | T | | | | | |
| 143. Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 144. Citigroup Inc (C) | A | Dividend | J | T | | | | | |
| 145. Cognizant Tech Solutions A (CTSH) (Y) | | | | | | | | | |
| 146. Comcast Corp-Class A (CMCSA) | A | Dividend | J | T | | | | | |
| 147. Constellation Brands Inc-A (STZ) | A | Dividend | J | T | | | | | |
| 148. Costco Whlse Corp (COST) | A | Dividend | J | T | | | | | |
| 149. CubeSmart (CUBE) (X) | | None | J | T | | | | | |
| 150. Delta Air Lines (DAL) (X) | | None | J | T | | | | | |
| 151. Dollar General Corp (DG) | A | Dividend | | | Sold | 09/12/19 | J | | |
| 152. Eaton Corporation (ETN) (X) | A | Dividend | J | T | | | | | |
| 153. Edwards Lifesciences (EW) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.   Electronic Arts (EA) (X) | | None | J | T | | | | | |
| 155.   Eli Lilly (LLY) | | None | J | T | Buy | 04/17/19 | J | | |
| 156.   EOG Resources (EOG) | A | Dividend | J | T | | | | | |
| 157.   Everest Re Group Ltd (RE) | A | Dividend | J | T | | | | | |
| 158.   Exxon Mobil Corp (XOM) | A | Dividend | | | Sold | 05/14/19 | J | | |
| 159.   Facebook Inc-A (FB) | | None | J | T | | | | | |
| 160.   Fidelity National Information (FIS) | A | Dividend | J | T | | | | | |
| 161.   FNF Group (FNF) | A | Dividend | J | T | | | | | |
| 162.   Fiserv Inc (FISV) (Y) | | | | | | | | | |
| 163.   Gilead Sciences (GILD) | A | Dividend | J | T | | | | | |
| 164.   Goldman Sachs Group Inc. (GS) | A | Dividend | J | T | | | | | |
| 165.   Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 166.   Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 167.   HP Inc (HPQ) (Y) | | | | | | | | | |
| 168.   Intel Corp (INTC) (Y) | | | | | | | | | |
| 169.   Intuitive Surgical Inc (ISRG) (Y) | | | | | | | | | |
| 170.   JP Morgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  LyondellBasell Indu-Cl A (LYB) (Y) | | | | | | | | | |
| 172.  Magna International Inc (MGA) | A | Dividend | J | T | | | | | |
| 173.  Marathon Petroleum Corp (MPC) (Y) | | | | | | | | | |
| 174.  Mcdonald's Corp (MCD) (Y) | | | | | | | | | |
| 175.  Medtronic Plc (MDT) | A | Dividend | J | T | | | | | |
| 176.  Merck & Co. Inc (MRK) | A | Dividend | J | T | | | | | |
| 177.  Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 178.  Mid-America Apartment Comm (MAA) | A | Dividend | J | T | | | | | |
| 179.  National Oilwell Varco Inc (NOV) (Y) | | | | | | | | | |
| 180.  Nike Inc-CL B (NKE) | A | Dividend | J | T | | | | | |
| 181.  Nisource Inc. (NI) (Y) | | | | | | | | | |
| 182.  Nokia Corp-Spon ADR (NOK) (Y) | | | | | | | | | |
| 183.  Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 184.  Northrop Grumman (NOC) (Y) | | | | | | | | | |
| 185.  Novo Nordisk (NVO) (X) | | None | J | T | | | | | |
| 186.  Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 187.  Paypal Holdings Inc (PYPL) | | None | J | T | Buy | 01/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Pepsico Inc. (PEP) | A | Dividend | J | T | | | | | |
| 189.  Pfizer (PFE) | A | Dividend | J | T | | | | | |
| 190.  Phillips 66 (PSX) | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 191.  PNC Financial Svcs (PNC) (X) | | None | J | T | | | | | |
| 192.  Procter & Gamble (PG) (X) | A | Dividend | J | T | | | | | |
| 193.  Progressive Corp (PGR) | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 194.  Raytheon Company (RTN) | A | Dividend | J | T | | | | | |
| 195.  Regency Centers Corp (REG) (X) | A | Dividend | J | T | | | | | |
| 196.  Regeneron Pharmaceuticals (REGN) | | None | J | T | Buy | 11/14/19 | J | | |
| 197.  Reinsurance Group of America (RGA) | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 198.  Roche Holding (RHHBY) | | None | J | T | Buy | 05/17/19 | J | | |
| 199.  Ross Stores Inc. (ROST) | A | Dividend | J | T | | | | | |
| 200.  Royal Dutch Shell PLC-ADR (RDS.A) | A | Dividend | J | T | | | | | |
| 201.  S & P Global Inc (SPGI) | A | Dividend | J | T | | | | | |
| 202.  Starbucks Corp (SBUX) (X) | A | Dividend | J | T | | | | | |
| 203.  Sun Communities Inc (SUI) | A | Dividend | J | T | | | | | |
| 204.  Synchrony Financial (SYF) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. T-Mobile US Inc (TMUS) | | None | J | T | | | | | |
| 206. Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 207. TJX Companies (TJX) | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 208. Total System Services (TSS) (Y) | | | | | | | | | |
| 209. Tyson Foods Inc.-Cl-A (TSN) (Y) | | | | | | | | | |
| 210. Unitedhealth Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 211. US Foods Holding Corp (USFD) (X) | | None | J | T | | | | | |
| 212. Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 213. Vertex Pharmaceuticals (VRTX) (X) | A | Dividend | J | T | | | | | |
| 214. Visa Inc. - Class A Shares (V) | A | Dividend | J | T | | | | | |
| 215. Wal-mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 216. Walt Disney Co (DIS) | A | Dividend | J | T | | | | | |
| 217. Wells Fargo (WFC) | A | Dividend | J | T | | | | | |
| 218. Westlake Chemical Corp (WLK) (X) | A | Dividend | J | T | | | | | |
| 219. Xerox Corp (XRX) (Y) | | | | | | | | | |
| 220. Xilinx Inc (XLNX) (Y) | | | | | | | | | |
| 221. Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Bernstein Tax-Managed International Portfolio (SNIVX) | A | Dividend | K | T | Buy (add'l) | 12/20/19 | J | | |
| 223. AB International Strategic Equities Portfolio (STEYX) | B | Dividend | L | T | Buy (add'l) | 12/20/19 | J | | |
| 224. AB International Small Cap Portfolio (IRCYX) | A | Dividend | K | T | | | | | |
| 225. AB Emerging Markets Port (SNEMX) | A | Dividend | J | T | | | | | |
| 226. Tax-Aware Overlay A Portfolio (SATOX) | B | Dividend | M | T | Buy (add'l) | 01/15/19 | J | | |
| 227. | | | | | Sold (part) | 05/29/19 | J | | |
| 228. | | | | | Sold (part) | 09/26/19 | J | | |
| 229. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 230. Tax-Aware Overlay B Portfolio (SBTOX) | B | Dividend | M | T | Buy (add'l) | 01/15/19 | J | | |
| 231. | | | | | Sold (part) | 08/28/19 | J | | |
| 232. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 233. Exelon Corporation (EXC) | A | Dividend | K | T | | | | | |
| 234. Account #4 (H) | | | | | | | | | |
| 235. Bernstein Diversified Municipal Portfolio (SNDPX) | D | Dividend | O | T | Buy (add'l) | 09/16/19 | J | | |
| 236. AllianceBernstein Discovery Value Fund (ABASX) | A | Dividend | J | T | | | | | |
| 237. AllianceBernstein Discovery Growth Fund (CHCLX) | A | Dividend | J | T | | | | | |
| 238. AB Small Cap Core Portfolio (SCRYX) | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Adobe Systems Inc (ADBE) | | None | J | T | | | | | |
| 240. Alphabet Inc-CL C (GOOG) | | None | J | T | Buy<br>(add'l) | 07/31/19 | J | | |
| 241. | | | | | Sold<br>(part) | 09/25/19 | J | | |
| 242. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 243. Altria Group Inc (MO) | A | Dividend | | | Sold | 11/26/19 | J | | |
| 244. American Electric Power (AEP) | A | Dividend | J | T | | | | | |
| 245. Anthem Inc (ANTM) | A | Dividend | J | T | | | | | |
| 246. Apple Inc (AAPL) | A | Dividend | J | T | Sold<br>(part) | 08/29/19 | J | | |
| 247. Automatic Data Processing Inc (ADP) | A | Dividend | J | T | Buy | 01/25/19 | J | | |
| 248. Autozone Inc (AZO) | | None | J | T | Sold<br>(part) | 05/06/19 | J | | |
| 249. | | | | | Sold<br>(part) | 07/25/19 | J | | |
| 250. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 251. Berkshire Hathaway (BRK.A) | | None | J | T | Buy | 09/26/19 | J | | |
| 252. Berry Global Group (BERY) (X) | | None | | | Sold | 09/16/19 | J | | |
| 253. Biogen Inc (BIIB) (Y) | | | | | | | | | |
| 254. Boeing Co/The (BA) | A | Dividend | J | T | | | | | |
| 255. Booking Holdings Inc (BKNG) (X) | | None | J | T | Buy<br>(add'l) | 06/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. Broadcom Inc (AVGO) | A | Dividend | J | T | Buy | 05/17/19 | J | | |
| 257. CBRE Group Inc (CBRE) | | None | J | T | | | | | |
| 258. Cdw Corp/DE (CDW) | A | Dividend | J | T | | | | | |
| 259. Chevron Corp (CVX) (X) | | None | J | T | Sold<br>(part) | 09/25/19 | J | | |
| 260. Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 261. Citigroup Inc (C) | A | Dividend | J | T | | | | | |
| 262. Citrix Systems (CTXS) (X) | A | Dividend | J | T | | | | | |
| 263. Cognizant Tech Solutions - A (CTSH) (Y) | | | | | | | | | |
| 264. Comcast Corp-Class A (CMCSA) | A | Dividend | J | T | | | | | |
| 265. Constellation Brands Inc-A (STZ) | A | Dividend | | | Sold | 02/12/19 | J | | |
| 266. Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 267. CubeSmart (CUBE) | A | Dividend | J | T | | | | | |
| 268. Delta Air Lines (DAL) | A | Dividend | J | T | | | | | |
| 269. Dollar General Corp (DG) | A | Dividend | | | Sold | 09/13/19 | J | | |
| 270. Eaton Corp (ETN) | A | Dividend | J | T | Buy | 09/19/19 | J | | |
| 271. Edwards Lifeciences (EW) | | None | J | T | | | | | |
| 272. Electronic Arts (EA) | | None | J | T | Buy | 05/17/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  Eli Lilly (LLY) | A | Dividend | | | Buy | 04/17/19 | J | | |
| 274. | | | | | Sold | 11/15/19 | J | | |
| 275.  EOG Resources (EOG) | A | Dividend | J | T | | | | | |
| 276.  Everest RE Group LTD (RE) | A | Dividend | J | T | Sold<br>(part) | 11/13/19 | J | | |
| 277.  Exxon Mobil Corp (XOM) | A | Dividend | | | Sold | 05/14/19 | J | | |
| 278.  Facebook Inc-A (FB) | | None | J | T | | | | | |
| 279.  Fidelity National Information (FIS) (X) | A | Dividend | J | T | | | | | |
| 280.  FNF Group (FNF) | A | Dividend | J | T | | | | | |
| 281.  F5 Networks (FFIV) (X) | | None | J | T | | | | | |
| 282.  Fiserv (FISV) | | None | | | Sold | 08/01/19 | J | | |
| 283.  Gilead Sciences Inc (GILD) | A | Dividend | J | T | | | | | |
| 284.  Goldman Sachs Group (GS) | A | Dividend | J | T | | | | | |
| 285.  Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 286.  Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 287.  HP Inc (Hewlett-Packard) (HPQ) | A | Dividend | | | Sold | 04/10/19 | J | | |
| 288.  Intel Corp (INTC) | A | Dividend | J | T | Sold<br>(part) | 01/18/19 | J | | |
| 289. | | | | | Sold | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Buy | 12/02/19 | J | | |
| 291. Intuitive Surgical Inc (ISRG) (Y) | | | | | | | | | |
| 292. JP Morgan Chase & Co (JPM) | A | Dividend | J | T | Sold<br>(part) | 09/25/19 | J | | |
| 293. Lyondellbasell (LYB) | | None | | | Sold | 02/13/19 | J | | |
| 294. Magna International Inc (MGA) | A | Dividend | J | T | | | | | |
| 295. Marathon Petroleum Corp (MPC) (Y) | | | | | | | | | |
| 296. Mcdonald's Corp (MCD) | A | Dividend | J | T | | | | | |
| 297. Medtronic PLC (MDT) | A | Dividend | J | T | Buy<br>(add'l) | 07/19/19 | J | | |
| 298. Merck & Co. Inc (MRK) | A | Dividend | J | T | | | | | |
| 299. Microsoft Corp (MSFT) | A | Dividend | K | T | Buy<br>(add'l) | 12/05/19 | J | | |
| 300. Mid-America Apartment Comm (MAA) | A | Dividend | J | T | | | | | |
| 301. Nextera Energy (NEE) | A | Dividend | J | T | Buy | 11/20/19 | J | | |
| 302. Nike Inc. - Cl B (NKE) | A | Dividend | J | T | | | | | |
| 303. Nisource Inc (NI) (Y) | | | | | | | | | |
| 304. Nokia Corp-Spon ADR (NOK) (Y) | | | | | | | | | |
| 305. Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 306. Northrop Grumman Corp (NOC) | A | Dividend | | | Sold<br>(part) | 02/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | Sold | 05/14/19 | J | | |
| 308.  Novo Nordisk (NVO) | A | Dividend | J | T | Buy | 04/17/19 | J | | |
| 309.  Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 310.  Paypal Holdings Inc (PYPL) | | None | J | T | Buy | 01/18/19 | J | | |
| 311.  Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 312.  Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 313.  Phillips 66 (PSX) | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 314.  Procter & Gamble (PG) | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 315.  Progressive Corp (PGR) | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 316. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 317.  Raytheon Company (RTN) | A | Dividend | J | T | Buy<br>(add'l) | 06/12/19 | J | | |
| 318.  Regency Centers Corp (REG) (X) | A | Dividend | J | T | Buy<br>(add'l) | 11/18/19 | J | | |
| 319.  Regeneron Pharmaceuticals (REGN) (X) | | None | J | T | | | | | |
| 320.  Reinsurance Group of America (RGA) | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 321.  Roche Holding Ltd (RHHBY) | | None | J | T | Buy | 05/17/19 | J | | |
| 322.  Ross Stores Inc (ROST) | A | Dividend | J | T | | | | | |
| 323.  Royal Dutch Shell PLC (RDS.A) (X) | A | Dividend | J | T | Buy<br>(add'l) | 02/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. S & P Global, Inc. (SPGI) | A | Dividend | | | Sold | 09/23/19 | J | | |
| 325. Starbucks Corp (SBUX) | A | Dividend | J | T | Buy<br>(add'l) | 06/14/19 | J | | |
| 326. Sun Communities Inc (SUI) (X) | A | Dividend | J | T | Sold<br>(part) | 04/25/19 | J | | |
| 327. Synchrony Financial (SYF) (X) | A | Dividend | J | T | | | | | |
| 328. T-Mobile US Inc (TMUS) (Y) | | | | | | | | | |
| 329. Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 330. TJX Companies (TJX) | | None | J | T | Buy | 09/25/19 | J | | |
| 331. Total System Services Inc (TSS) | A | Dividend | J | T | | | | | |
| 332. Ulta Beauty (ULTA) | | None | | | Sold | 11/14/19 | J | | |
| 333. Unitedhealth Group (UNH) | A | Dividend | J | T | | | | | |
| 334. US Foods Holding Corp (USFD) | | None | J | T | | | | | |
| 335. Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 336. Vertex Pharmaceuticals Inc (VRTX) | | None | J | T | | | | | |
| 337. Visa Inc Class A Shrs (V) | A | Dividend | J | T | | | | | |
| 338. VMware Inc (VMW) | | None | | | Buy | 02/14/19 | J | | |
| 339. | | | | | Sold | 08/29/19 | J | | |
| 340. Wal-Mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  Walt Disney (DIS) | A | Dividend | J | T | | | | | |
| 342.  Wells Fargo (WFC) | A | Dividend | J | T | | | | | |
| 343.  Westlake Chemical Corp (WLK) | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 344.  Xerox (XRX) | A | Dividend | J | T | | | | | |
| 345.  Xilinx Inc (XLNX) | A | Dividend | J | T | | | | | |
| 346.  Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |
| 347.  Bernstein Tax-Managed Int'l Portfolio (SNIVX) | A | Dividend | L | T | Buy (add'l) | 05/16/19 | J | | |
| 348. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 349.  AB International Strategic Equities (STEYX) | B | Dividend | L | T | Buy (add'l) | 05/16/19 | J | | |
| 350.  AB International Small Cap Portfolio (IRCYX) | A | Dividend | K | T | | | | | |
| 351.  Bernstein Emerging Mkts (SNEMX) | A | Dividend | K | T | | | | | |
| 352.  Tax-Aware Overlay A Portfolio Class 1 (SBTOX) | B | Dividend | L | T | | | | | |
| 353.  Tax-Aware Overlay B Portfolio Class 1 (SBTTX) | D | Dividend | N | T | Buy (add'l) | 08/02/19 | J | | |
| 354.  Account #5 (H) | | | | | | | | | |
| 355.  Bernstein Intermediate Duration Portfolio (SNIDX) | D | Dividend | N | T | Buy (add'l) | 09/16/19 | J | | |
| 356. | | | | | Sold (part) | 12/19/19 | J | | |
| 357.  AB Global Bond Fund Adv (ANAYX) | D | Dividend | N | T | Sold (part) | 12/19/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Padova, John R. | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. AB Discovery Value Fund (ABYSX) | A | Dividend | J | T | Sold<br>(part) | 12/19/19 | J | | |
| 359. AB Discovery Growth (CHCYX) | A | Dividend | J | T | Sold<br>(part) | 12/19/19 | J | | |
| 360. AB Small Cap Core Portfolio Adv Cl<br>(SCRYX) | | None | J | T | Sold<br>(part) | 12/19/19 | J | | |
| 361. Adobe Systems Inc. (ADBE) (Y) | | | | | | | | | |
| 362. Alphabet Inc Cl-C (GOOG) | | None | J | T | Buy<br>(add'l) | 11/15/19 | J | | |
| 363. | | | | | Sold<br>(part) | 12/19/19 | J | | |
| 364. Altria Group (MO) (Y) | | | | | | | | | |
| 365. American Electric Power (AEP) | A | Dividend | J | T | | | | | |
| 366. Anthem Inc (ANTM) (X) | A | Dividend | J | T | | | | | |
| 367. Apple Inc (AAPL) | A | Dividend | J | T | Sold<br>(part) | 12/19/19 | J | | |
| 368. Automatic Data Processing Inc (ADP) | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 369. Autozone Inc (AZO) | | None | J | T | Sold<br>(part) | 08/16/19 | J | | |
| 370. | | | | | Buy | 09/16/19 | J | | |
| 371. | | | | | Sold<br>(part) | 11/01/19 | J | | |
| 372. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 373. Berkshire Hathaway (BRK.A) | | None | J | T | Buy | 09/26/19 | J | | |
| 374. Biogen Inc (BIIB) | | None | | | Sold | 10/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. Boeing Co/The (BA) | A | Dividend | J | T | | | | | |
| 376. Broadcom Inc (AVGO) | | None | J | T | Buy | 05/16/19 | J | | |
| 377. CBRE Group Inc (CBRE) | | None | J | T | | | | | |
| 378. CDW Corp/DE (CDW) | A | Dividend | J | T | | | | | |
| 379. Check Point Software (CHKP) (X) | | None | J | T | | | | | |
| 380. Chevron Corp (CVX) | A | Dividend | J | T | | | | | |
| 381. Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 382. Citigroup (C) | A | Dividend | J | T | | | | | |
| 383. Cognizant Tech Solutions-A (CTSH) (Y) | | | | | | | | | |
| 384. Comcast Corp-Class A (CMCSA) | A | Dividend | J | T | | | | | |
| 385. Constellation Brands Inc-A (STZ) (Y) | | | | | | | | | |
| 386. Costco Wholesale (COST) | A | Dividend | J | T | | | | | |
| 387. CubeSmart (CUBE) | A | Dividend | J | T | | | | | |
| 388. Delta Air Lines Inc (DAL) | A | Dividend | J | T | | | | | |
| 389. Dollar General Corp (DG) (X) | A | Dividend | J | T | Sold | 07/18/19 | J | | |
| 390. | | | | | Buy | 11/13/19 | J | | |
| 391. Eaton Corp (ETN) | | None | J | T | Buy | 08/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Edwards Lifesciences (EW) | | None | | J | T | | | | | |
| 393. Eli Lilly (LLY) | | None | | | | Buy | 04/17/19 | J | | |
| 394. | | | | | | Sold | 11/15/19 | J | | |
| 395. Electronic Arts (EA) (X) | | None | | J | T | | | | | |
| 396. EOG Resources Inc (EOG) | A | Dividend | | J | T | | | | | |
| 397. Everest Re Group Ltd (RE) | A | Dividend | | J | T | Sold (part) | 11/13/19 | J | | |
| 398. Exxon Mobil Corp (XOM) | A | Dividend | | | | Sold | 05/14/19 | J | | |
| 399. Facebook Inc-A (FB) | | None | | J | T | Sold (part) | 12/19/19 | J | | |
| 400. Fidelity National Information (FIS) | A | Dividend | | J | T | | | | | |
| 401. FNF Group (FNF) | A | Dividend | | J | T | | | | | |
| 402. Gilead Sciences Inc (GILD) (Y) | | | | | | | | | | |
| 403. Goldman Sachs Group Inc (GS) | A | Dividend | | J | T | Sold (part) | 09/25/19 | J | | |
| 404. Home Depot Inc (HD) | A | Dividend | | J | T | | | | | |
| 405. Honeywell International Inc (HON) | A | Dividend | | J | T | | | | | |
| 406. HP Inc (HPQ) (Y) | | | | | | | | | | |
| 407. Intel Corp (INTC) | | None | | J | T | Sold | 01/18/19 | J | | |
| 408. | | | | | | Buy | 12/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.  JP Morgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 410.  LyondellBasell Indu-Cl A (LYB) (Y) | | | | | | | | | |
| 411.  Magna International Inc (MGA) | A | Dividend | J | T | | | | | |
| 412.  Marathon Petroleum Corp (MPC) (Y) | | | | | | | | | |
| 413.  Mcdonald's Corp (MCD) | A | Dividend | | | Sold<br>(part) | 06/12/19 | J | | |
| 414. | | | | | Sold | 06/13/19 | J | | |
| 415.  Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 416.  Merck & Co (MRK) | A | Dividend | J | T | | | | | |
| 417.  Microsoft Corp (MSFT) | A | Dividend | J | T | Sold<br>(part) | 12/19/19 | J | | |
| 418.  Mid-America Apartment Comm (MAA) | A | Dividend | J | T | | | | | |
| 419.  Nextera Energy (NEE) | A | Dividend | J | T | Buy | 11/19/19 | J | | |
| 420.  Nike Inc - CL B (NKE) | A | Dividend | J | T | | | | | |
| 421.  Nisource Inc (NI) (Y) | | | | | | | | | |
| 422.  Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 423.  Northrop Grumman Corp (NOC) (Y) | | | | | | | | | |
| 424.  Novo Nordisk (NVO) | | None | J | T | Buy | 04/17/19 | J | | |
| 425.  Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  Paypal Holdings Inc (PYPL) | | None | J | T | Buy | 01/18/19 | J | | |
| 427.  Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 428.  Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 429.  Phillips 66 (PSX) | | None | J | T | Buy | 09/26/19 | J | | |
| 430.  PNC Financial Svcs (PNC) | | None | J | T | Buy | 11/14/19 | J | | |
| 431.  Procter & Gamble (PG) (X) | A | Dividend | J | T | | | | | |
| 432.  Progressive Corp (PGR) | | None | J | T | Buy | 09/26/19 | J | | |
| 433.  Raytheon Company (RTN) | A | Dividend | J | T | | | | | |
| 434.  Regency Centers Corp (REG) (X) | A | Dividend | J | T | | | | | |
| 435.  Regeneron Pharmaceuticals (REGN) | | None | J | T | Buy | 11/14/19 | J | | |
| 436.  Reinsurance Group of America (RGA) | | None | J | T | Buy | 09/12/19 | J | | |
| 437.  Roche Holding (RHHBY) | | None | J | T | Buy | 05/17/19 | J | | |
| 438.  Ross Stores Inc (ROST) | A | Dividend | J | T | | | | | |
| 439.  Royal Dutch Shell PLC-ADR (RDS.A) | A | Dividend | J | T | | | | | |
| 440.  S&P Global Inc (SPGI) | A | Dividend | | | Sold<br>(part) | 05/15/19 | J | | |
| 441. | | | | | Sold | 05/17/19 | J | | |
| 442.  Starbucks Corp (SBUX) | | None | J | T | Buy | 06/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443.  Synchrony Financial (SYF) | A | Dividend | J | T | | | | | |
| 444.  T-Mobile US Inc (TMUS) (Y) | | | | | | | | | |
| 445.  Texas Instruments Inc (TXN) | A | Dividend | J | T | | | | | |
| 446.  TJX Companies (TJX) | | None | J | T | Buy | 09/26/19 | J | | |
| 447.  Unitedhealth Group (UNH) | A | Dividend | J | T | Sold<br>(part) | 12/19/19 | J | | |
| 448.  US Foods Holding Corp (USFD) | | None | J | T | | | | | |
| 449.  Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 450.  Vertex Pharmaceuticals Inc (VRTX) | | None | J | T | | | | | |
| 451.  VISA Inc (V) | A | Dividend | J | T | | | | | |
| 452.  VMware (VMW) (X) | | None | | | Sold | 08/29/19 | J | | |
| 453.  Wal-Mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 454.  Walt Disney Co (DIS) | A | Dividend | J | T | | | | | |
| 455.  Wells Fargo (WFC) | A | Dividend | J | T | | | | | |
| 456.  Westlake Chemical Corp (WLK) (X) | A | Dividend | J | T | | | | | |
| 457.  Xerox Corp (XRX) (Y) | | | | | | | | | |
| 458.  Xilinx Inc (XLNX) (Y) | | | | | | | | | |
| 459.  Zoetis Inc (ZTS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.  Bernstein International (SIMTX) | A | Dividend | K | T | Sold<br>(part) | 12/19/19 | J | | |
| 461.  AB International Strategic Equities Portfolio (STEYX) | B | Dividend | L | T | Sold<br>(part) | 12/19/19 | J | | |
| 462.  AB International Small Cap Portfolio (IRCYX) | A | Dividend | K | T | | | | | |
| 463.  Bernstein Emerging Market (SNEMX) (X) | A | Dividend | J | T | | | | | |
| 464.  Overlay A Portfolio Class (SAOOX) | B | Dividend | L | T | Sold<br>(part) | 12/19/19 | J | | |
| 465.  Overlay B Portfolio Class (SBOOX) | D | Dividend | N | T | Sold<br>(part) | 12/19/19 | J | | |
| 466. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Padova, John R.** | 05/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII of this report has been restructured for greater clarity, and assets are now listed by account with designated headers.  Cash accounts have been consolidated by bank, duplicate entries have been deleted, and the names of some assets have been adjusted to comport more closely with brokerage reporting. These adjustments are not indicative of reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   **s/ John R. Padova**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544